**DAIICHI SANKYO COMPANY, LTD., UBE Industries Ltd., Appellants**

v.

**ACCORD HEALTHCARE INC., USA, Accord Healthcare, Inc., Intas Pharmaceuticals Ltd., Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Amneal Pharmaceuticals Co. India Pvt. Ltd., Apotex Corp., Apotex Inc., Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., Panacea Biotec Ltd., Sun**

Pharma Global FZE, Teva Pharmaceuticals USA, Inc., Zydus Pharmaceuticals USA, Inc., Cadila Healthcare Ltd., Lupin Ltd., Lupin Pharmaceuticals, Inc., Appellees

2017-1052, 2017-1053

United States Court of Appeals, Federal Circuit.

December 12, 2017

ADAM LAWRENCE PERLMAN, Williams & Connolly LLP, Washington, DC, argued for appellants. Also represented by Dov PHILIP GROSSMAN, DAVID M. KRINSKY, ALLISON JONES RUSHING, CHRISTOPHER ALAN SUAREZ.

GEORGE C. LOMBARDI, Winston & Strawn LLP, Chicago, IL, argued for all appellees. Appellees Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Amneal Pharmaceuticals Co. India Pvt. Ltd., Apotex Corp., Apotex Inc., Panacea Biotec Ltd., Sun Pharma Global FZE, Teva Pharmaceuticals USA, Inc. also represented by SAMUEL S. PARK, MAUREEN L. RURKA; CHARLES B. KLEIN, EIMERIC REIG-PLESSIS, Washington, DC.

MICHAEL R. DZWONCZYK, Sughrue Mion PLLC, Washington, DC, for appellees Accord Healthcare Inc., USA, Accord Healthcare, Inc., Intas Pharmaceuticals Ltd. Also represented by AZADEH S. KOKABI.

WILLIAM L. MENTLIK, Lerner, David, Littenberg, Krumholz & Mentlik LLP, Westfield, NJ, for appellees Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc. Also represented by PAUL HILGER KOCHANSKI.

STEVEN J. MOORE, Withers Bergman LLP, Greenwich, CT, for appellees Zydus Pharmaceuticals USA, Inc., Cadila Healthcare Ltd.

DOUGLASS C. HOCHSTETLER, Kelley Drye & Warren, LLP, Chicago, IL, for appellees Lupin Ltd., Lupin Pharmaceuticals, Inc. Also represented by CLIFFORD KATZ, New York, NY.

(Lourie, O'Malley, and Wallach, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**